UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:15-cr-199-01-JL |
| v. | ) | |
| | ) | |
| JOHN MARTIN FAVOR | ) | |

**JOINT STIPULATION OF THE PARTIES REGARDING THE SPEEDY TRIAL ACT**

On December 3, 2015, the Court requested that the parties file a Joint Speedy Trial Act Stipulation setting forth: (a) the applicable periods of elapsed time; and (b) the applicable periods of excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. The parties hereby agree as follows:

1. The Speedy Trial clock began with the defendant's arraignment on November 18, 2015, 18 U.S.C. § 3161(c)(1), at which a jury trial was scheduled for January 5, 2016;

2. On December 2, 2015, the defendant filed a Motion to Continue the Trial for approximately 90 days, which stopped the Speedy Trial clock, 18 U.S.C. § 3161(h)(1)(D);

3. On December 3, 2015, the Court granted in part the Motion to Continue the Trial, and scheduled jury selection for February 2, 2016. Accordingly, the Speedy Trial Clock will be stopped until February 1, 2016 (the day prior to jury selection), 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A);

4. Between November 18, 2015, and December 2, 2015, 13 countable days elapsed, see 18 U.S.C. § 3161(h)(1)(D) (excludable pretrial motion delay is "from the filing of the motion"); United States v. Tinklenberg, 579 F.3d 589 (6th Cir. 2009) (days on which motions are filed are excludable);

1

5. In light of the above, 57 days remain on the Speedy Trial clock, which will not re-start until February 1, 2016.

          Respectfully submitted,

          DONALD FEITH
          Acting United States Attorney

By:   /s/ Nick Abramson
       Nick Abramson
       Assistant U.S. Attorney
       Massachusetts Bar # 672267
       53 Pleasant Street, 4th Floor
       Concord, New Hampshire 03301

Dated: December 7, 2015       Nick.Abramson@usdoj.gov[1]

---

[1] George Ostler, Esq., counsel for the defendant, agreed to the above stipulation by e-mail on December 7, 2015.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Joint STA Stipulation was electronically served upon counsel for the defendant.

|  |  |
|---|---|
|  | /s/ Nick Abramson_____ |
| December 7, 2015 | Nick Abramson |
|  | Assistant U.S. Attorney |